**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Porter Jr.                                CHAPTER 7

                  Debtor(s)

                                               BKY. NO. 22-12733 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDLAND CREDIT MANAGEMENT INC. and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
01 Mar 2023, 10:43:09, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322